IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

208359
CLIFFORD BONNER EL
Full name and prison number
of plaintiff(s)

v.

J.C. JILES [WARDEN, VENTRESS COR.]

IN HIS OFFICAL & PERSONAL CAP.

Lt. DAWNY] VENTRESS COR.]

IN HIS OFFICAL & PERSONAL CAP.]

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

2005 MAY -3  A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:05CV409-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (NO)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( X )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         _____

         Defendant(s) __N/A_____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____N/A_____

         _____

3. Docket number __N/A__----------------------

4. Name of judge to whom case was assigned --------
   ---------------------N/A------------------------

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ------N/A
   ----------------------------------------------

6. Approximate date of filing lawsuit _____  -------

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _STATON CORRECTIONAL FACILITY, P.O. BOX 56, ELMORE, ALABAMA 36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _VENTRESS CORRECTIONAL FACILITY, P.O. BOX 767, CLAYTON ALABAMA 36016_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. J.C. JILES; WARDEN VENTRESS CORRECTIONAL FAC. P.O. BOX #767 CLAYTON-
2. ALABAMA. 36016
3. Lt. DAWNY; OFFICER VENTRESS COR. FAC. CLATON, ALA. 36016
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _4-12-05_
_APRIL 12, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: UN-PROVOKED PHYSICAL ASSAULT BY CORRECTIONS OFFICER

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 04/12/05 at or about 1:15pm. at Ventress Cor.Fac. in the runner's room off the hallway of (10 dorm) Lt.Dawny struck me Inmate Clifford Bonner El.#208359,to the left side of the head and jaw with his fist and drove me in to the wall with his forearm(**Without Provocation on my part**).

GROUND TWO: On 04/12/05 at or about 1:15 pm. at Ventress Cor.Fac in the hallway to (10 dorm) Lt.Dawny **Verbally Assualted** me.

SUPPORTING FACTS: On or abour 04/12/05 at or about 1:15pm at Vrntress Cor.Fac.in the hallway to (10dorm) Lt.Dawny verbally Assaulted Inmate "Clifford Bonner El.prior to his attack by calling Inmate Bonner El.obscen terms in a loud and aggressive manner with such terms as "Motherfuckeing ass" and other explicits.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

<u>I ask that Warden J.C.Jiles be reprimanded for falure to properly</u>

<u>train and suppervise his staff officers.</u>

<u>I ask that Lt.Dawny be reprimanded and that monetary damages</u>

be leveled against Lt.Dawny in the sum of 600 dollars .

*Clifford Bonner El*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  4-28-05  .
(Date)

*Clifford Bonner El*
Signature of plaintiff(s)

4