Bonner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Dawny
   Ventress Correctional Facility
   P. O. Box 767
   Clayton, AL 36016

2:05cv409 (Cmp + Order 40 dy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ollie Mason   05-6-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 6440

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Bonner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. C. Giles, Warden
   Ventress Correctional Facility
   P. O. Box 767
   Clayton, AL 36016

2:05cv409 (Cmp + Order 40 dy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ollie Mason   05-6-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 6457

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540