IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLIFFORD BONNER, el. )
)
#208359 )
)
)
vs. )   CIVIL ACTION NO: 2:05-CV-409-F
)
J.C.GILES, et.al. )
)
Defendants. )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one John S. Dowling, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is John S. Dowling, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on May 6, 2005, inmate Clifford Bonner alleges that he was struck to the left side of his head and jaw and driven into the wall with my forearm without any provocation on his part. He further alleges that he was verbally assaulted prior to his attack.

On April 12, 2005, I, Lt. John S. Dowling, ordered inmate Clifford Bonner, B/M, AIS #208359 to calm down and stop raising his hands and arms in an aggressive manner.


EXHIBIT 2

Page 2
Affidavit – John S. Dowling

Inmate Bonner began cussing and yelling louder raising his hands and arms aggressively. I placed two fingers of my left hand in the jugular notch area of his chest and my right hand on his face-pushing inmate Bonner against the wall. I held inmate Bonner against the wall until other officers arrived to assist in handcuffing inmate Bonner. The force that was used was necessary to prevent inmate Clifford Bonner from assaulting and or attacking me.

    Inmate Clifford Bonner was upset due to the fact that he was being placed in Administrative Segregation and being transferred due to an enemy situation at Ventress Correctional Facility.

    The above-related facts are the entirety of my involvement with inmate Bonner regarding these allegations. I deny that I have violated any of his constitutional rights.

_John S. Dowling_  5/11/2005
John S. Dowling    Date

State of Alabama  )

Barbour County  )

Sworn to and subscribed before me this 11th day of May, 2005.

_Reba J Currie_
Notary Public

My Commission Expires: 9-2-07