# STATE OF ALABAMA
# BOARD OF CORRECTIONS
# INSTITUTIONAL INCIDENT REPORT

EXHIBIT 3

| 1. Institution: Ventress Correctional Facility | 2. Date: 4/12/05 | 3. Time: 1:05 p.m. | 4. Incident Number: |
|---|---|---|---|

**5. Location Where Incident Occurred:** Dorm 10 Lobby

**6. Type of Incident:** Violation of Rule #44 - Threats

**7. Time Incident Reported:** 1:08 p.m.

**8. Who Received Report:** J. C. Giles, Warden III

**9. Victim:**
a. n/a (type full name) No. _____
b. _____ (type full name) No. _____

**10. Suspects:**
a. Clifford Bonner  No. #208359
b. _____ No. _____
c. _____ No. _____
d. _____ No. _____
e. _____ No. _____

**11. Witnesses:**
a. N/A No. _____
b. _____ No. _____
c. _____ No. _____
d. _____ No. _____
e. _____ No. _____
f. _____ No. _____
g. _____ No. _____

**Physical Evidence:**

**12. Type of Evidence:** N/A

**13. Description of Evidence:** N/A

**14. Chain of Evidence:** N/A
a. _____
b. _____
c. _____
d. _____

**15. Narrative Summary:**
On April 12, 2005 at approximately 1:05 p.m., Lt. John S. Dowling entered 10 dorm lobby area. Inmate Clifford Bonner, #208359 began staring at Lt. Dowling. Lt. Dowling asked inmate Bonner about his behavior, inmate Bonner stated, "What do you mean, why you fucking with me?" Lt. Dowling began to reprimand Inmate Bonner on his behavior. Inmate Bonner picked up some laundry bags and started to walk off. Lt. Dowling ordered inmate Bonner to stop and enter room #808 (small office). Lt. Dowling attempted to reprimand Inmate Bonner again, when inmate Bonner began to yell, "What you want me to do?" raising his hands and arms in a wild manner. Lt. Dowling ordered inmate Bonner to stop raising his hands and arms. Inmate Bonner got louder and continued to raise his hands and arms. Lt. Dowling placed his hands on inmate Bonners' chest

**Distribution:** Original to I & I Division
Copy to Institutional File
Copy to Central Records File

ADOC Form 601 Revised 4-6-99

Annex A (Page 1 of 2)

7

AR 302-April 6, 1999

CONTINUATION SHEET

| | |
|---|---|
| Institution: <br> Ventress Correctional Facility | Incident Number: |
| Date: <br> April 12, 2005 | Type of Incident: <br> Violation of Rule #44 - Threats |

Narrative Summary (Continued) Page No. 2 of 2

and face and pushed inmate Bonner against the wall. Officer Larry Thomas and Officer Jimmy Rumph entered and placed handcuffs on inmate Bonner. Inmate Bonner was escorted to HCU by Officer Aaron Patterson and Officer Jimmy Rumph at approximately 1:15 p.m. where Nurse Frances Smith treated and completed a body chart on inmate Bonner. Warden J. C. Giles was notified at approximately 1:08 p.m. Inmate Bonner was placed in Holding Cell #105 by Officers' Cargle and Patterson.

    No force was used except that was necessary to prevent Lt. Dowling from being assaulted. No disciplinary action taken per Warden J.C. Giles due to transfer. Inmate Bonner and another inmate are being transferred for security reasons. This is for information and classification purposes.

*John S. Dowling* COSE 4-13-2005
Lt. John S. Dowling    Date

ADOC Form 602 revised 4-6-99

Annex A (Page 2 of 2)

8

AR 302-April 6, 1999