

# EMERGENCY

| | | | |
|---|---|---|---|
| ADMISSION DATE 4/12/05 | TIME 1320 PM | ORIGINATING FACILITY: Ventress ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
| ALLERGIES: Keflex | WT. 283½ | CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |
| VITAL SIGNS: TEMP 98.8 ORAL | RESP. 18 | PULSE 84  B/P 124/86 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S - No medical complaints voiced at this time.

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION / SUTURES

**PHYSICAL EXAMINATION**

O - B/M escorted to HCU. A&O x3. Skin warm & dry to touch. Respirations even & unlabored. Small amount redness to (L) side of face & ear present. Raised red area approx. 1 in. noted to (L) side of face near (L) eye.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**

P - Ice pack to (L) side of face.

| | TIME | BY |
|---|---|---|

A - DOC Body chart

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

P - Sick call PRN

| DISCHARGE DATE 4/12/05 | TIME 1345 PM | RELEASE / TRANSFERRED TO | ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE: F. Smith LPN | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Bonner, Clifford | DOC# 208359 | DOB 2/19/69 | R/S B/M | FAC. VCF |
|---|---|---|---|---|

PHS-MD-70007  (White - Record Copy, Yellow - Pharmacy Copy)