

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Bonner    Date of Request: 4-29-05
ID #: 125259    Date of Birth: 2-19-69   Location: B2-4T
Nature of problem or request: I was call to Chronic Care on the 28th. I go to Chronic Care but the nurse there said that my Jacket was pull somewhere eles. This was at 12:00 pm. I return to my Dorm and the Officer there tell me to go to Health Care I go there the Nurse and Officer said they couldn't find any paper work but I still need medical treatment for my Ear's Thoart and Jaws

Signature: Clifford Bonner El

**DO NOT WRITE BELOW THIS LINE**

Date: 4/29/05
Time: 1:30  AM / PM
Allergies: Keflex

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:

(O)bjective  (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____

(A)ssessment:

(P)lan:

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT