IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 25 A 10: 17

CLIFFORD BONNER EL,
A.I.S. #208359

VS.                                        CIVIL ACTION NO:2:05-CV-409-F

J.C.GILES,et al.,


MOTION IN OPPOSITION OF THE MAGISTRATE JUDGE'S RECOMMENDATION


Come Now,the defendant , Clifford Bonner El (pro-se) and motion this Honorable Court to resend its Recommendation of July 15, 2005 for the following reasons;


(1)On June 30th., 2005 the Plaintiff complied with this Honorable Court's Instructions and filed his Motion in Opposition to the defendants response and speical report. [See Inclosed]


(2) Due to an error on the part of an Inmate Law Clerk the Mailing Address was misstated on the Certificate of service and the documentation were sent to the wrong court .

*RELIEF SOUGHT*

The Plaintiff whos is untrained in the science of Law request this Honorable District Court to accept his Motion in Good Faith and know that this error was an unfore seen Address error, the error of the Institutional Law Clerk.,

It IS So Prayed

*Clifford Bonner EL 208359*
CLIFFORD BONNER EL, # 208359
PLAINTIFF(pro-se)
STATON CORRECTIONAL FACILITY
P.O.BOX # 56
ELMORE,ALABAMA. 36025-0056

**CERTIFICATE OF SERVICE**

"I" hereby certify that, a true and correct copy of the foregoing has been fowarded to the below listed parties on this the ___20th___ day of ___July___, 2005.

| | |
|---|---|
| STATE OF ALABAMA | THE CLERK OF THE DISTRICT COURT |
| OFFICEW OF THE ATTORNEY | OF THE UNITED STATES FOR THE |
| 11 SOUTH UNION STREET | MIDDLE DISTRICT OF ALABAMA |
| MONTGOMERY,ALABAMA.36130-0152 | P.O.BOX #711 |
| | MONTGOMERY,ALABAMA, 36101-0711 |

"I", the undersigned authority, a Notary Public, hereby certify that the above named person known to me or has proven to me on a basis of satisfactory evidence to be the person whose name is subscribed above, and has duly sworn and excuted said instrument in my presence.

IN WITNESS WHEREFORE, I have hereunto set my hand and affixed my offical seal this ___20th___ day of ___July___,2005

SEAL                 _____
                          NOTARY PUBLIC

MY COMMISSION EXPIRES ___1-22-08___