## **SWORN AFFIDAVIT OF PLAINTIFF.**

I, **Clifford Bonner El.,#208359,** do hereby submit my sworn affidavit of the events of April 8th,2005.

On the 8ht.day of April 2005, Johnthan Warren and myself ,Clefford Bonner El. was approached by officer by **Officer Walker,** and **Eric Crittenton,** about a Capital Murder Case in Butler County Alabama.

By Eric Crittnton, being related to the Accused Sam Crenshaw, it became a problem for, J.Warren a and Myself.

Jothan and I went to Warden Giles for help, later Warde Giles called each of us to his office, Clifford Bonner El, Johnthan Warren, Eric Crittenton and Officer Walker, so as we discussed this matter, Warden Giles decideed to transfer Warren, and ,I out of the Camp by the beging of the week.

By Monday Warren and I was still not transfered,and that evening I was at the infirmery for medical an just so happen I ran into a member of the **Victims** Family.

This person's name is "Chris Creech",which he revealed to me that he was **"Mr. William Creech's Nephew [the victim of the murder]**,and he ask me the question of (Is the guy here that murdered his uncle),after he noticed I was from Greenville,as well.

He also ask if I had anything to do with the murder,so the next morning I went to my Dorm Officer Mr.Thomas and ask him about talking to the Warden at that time and he responded as to why because "He needed good reason for him to call the Warden",So I told him the story of what was going on with Creech.

Then Officer Thomas went the change of command to his supervisor Sgt.Longmier,who called me to the Shift Office and I told her the same as I told Officer Thomas, so she wrote down the names of **,Warren,Cittenton,Creech and myself.**

Then she went and spoke with the Warden,, later that day I happen to see the Warden walking the compound myself and I ask him did Ms.Longmire speak with him and he said "yes" and that he was going to get me and Warren away from there now once he had learned about Chris Creech Being at Ventress as well.

    Later that day about 1:15 April 12th,2005 Ms.Longmire ask me to pack my things and went to the Shift Office,with me not understanding what she wanted me to do after packing my things,I go to the shift office as well and she responded for me to return there .

    As I go and pack my things Officer Rumph comes to my bed as well,once I finish Officer Rumpph escorted me back to the shift office and on our way Officer Cargel enters Dorm # 10 with Jonthan Warren and the two Officers discussed what was going on" that we were being put in the segregation unit tomorrow for transfer.

    So Officer Cargel said he was taking Warren to pack his things in Dorm # 9,as Officer Cargel and Warren,exit 10 dorm Officer Rumph and I approached the shift office where I was told to come back to,then as we approached Lt.John S.Dowling entered the hall asking everyone to clear the hallway and looks at me and ask "Do I have a Motherfucking problem with him"{?},and my reasponse was "Why Would I have a problem with you Lt."{?} and started for the shift office, <u>then he said set your ass in that room</u>, pointing to the runner's office.

As I put down my things on the bench in front of the shift office,Officer Rumph said go on in the room man and just don't say anything.

    So once I entered the room, Lt. Dowling put his finger in my face and stated "Motherfucker when I tell you to do something you better damed well do it", So "I" said Lt. all I was doing was going to the shift office as" I" was told to do.

    So Lt.Dowling said "Shut the fuck up" and threw his elbow into my chest pushing me up against the wall and struck me in the face at least (5)five times with his fist, he then pulled me away from the wall and threw me into another wall pushing my head against it and told Officer Rumph and Officer Thomas to put the cuffs on me.

    In between the time of Lt.Dowling and I was first dicussing the matter is when Officer Thomas entered the room as well and after he [Lt.Dowling] pushed me against the wall and struch me in the face was when Officer Patterson entered the room.

So Oficer Thomas and Officer Rumph saw Lt. Dowling strick me in the face all five times and throw my head into the wall.

**Afterwards** Officer Patterson and Officer Rumph took me to the Infirmery for a body chart we went through all the dorms 10.9,8,7,and 6 as we arrived Officer Cargel was arriving with Warren and all theOfficers were stating "This man needs to be stoped [refferring to] "I" had done nothing to provoke Lt.Dowling to strick me.

Officer Rumph,Cargel. Patterson,Stringer and one Femal Officer {who's name I do not know} were privy to the events of that day,

**So as you can see I had allready had fore knowledge of the transfer and the posibility of going to P.C.(Protective Custody) at that time "I" was the one who spok with Warden Giles about the posiable threat to my person.**

I hereby swear under the penalty of purjury that I make this statement of the events of the day in question and I aver that all within are true facts to the best of my abilities.

*Clifford Bonner*
CLIFFORD BONNER EL # 208359

"I",the undersigned authority,a Notary Public hereby certify that the above person known to me or has proven to me on a basis os satisfactory evidence to be the person whose name is subscribed above,has duly sworn and excuted said instrument in my presence.

IN WITNESS WHEREFORE,"I" have hereunto set my hand and affixed my offical seal this ___30th___ day of ___June___ 2005.

SEAL

NOTARY PUBLIC

MY COMMISSION EXPIRES: 1-21-08