

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Allford Bonner            Date of Request: 4-29-05
ID #: _____  Date of Birth: _____ Location: BD-9

Nature of problem or request: I was call to Chronic Care on the 28th
I go to Chronic Care but the nurse there said that my Jacket
was put somewhere eles. This was at 12:00pm. I return to
my Dorm and the officer there tells me to go to Health Care
15 I went there the nurse and officer said they couldnt find any paper work.
I still need medical treatment for my ears throat and Jaws

Signature: Clifford Bonner

**DO NOT WRITE BELOW THIS LINE**

Date: 4/29/05
Time: 1:30  AM / **PM**
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective (V/S):**   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( ✓ )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)