IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD BONNER EL,<br>AIS #208359,<br><br>    Plaintiff,<br><br>v.<br><br>J. C. GILES, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:05-CV-409-F<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on July 25, 2005 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the Recommendation entered on July 15, 2005 be and is hereby WITHDRAWN.

Done this 27th day of July, 2005.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE