IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CLIFFORD BONNER-EL** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:05-CV-409-F |
| **J. C. GILES, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

## WITNESS LIST

COME NOW the Defendants, J.C. Giles and John Dowling and in accordance with this Honorable Court's March 16, 2007, Order, submit the following Witness List for the May 22, 2007 evidentiary hearing:

1. Defendant J.C. Giles

2. Defendant John Dowling

3. Plaintiff Clifford Bonner-el

4. Officer Larry Thomas

5. Officer Jimmy Rumph

6. Custodian(s) of institutional records as needed to verify documents

7. Custodian(s) of medical records as needed to verify documents

7. Any and all witnesses identified by the Plaintiff

8. The Defendants reserve the right to call additional witnesses to serve as rebuttal witnesses to any witness offered by the Plaintiff.

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433-fax

# CERTIFICATE OF SERVICE

I hereby certify that I have, this the 2nd day of May, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the same upon the Plaintiff by the United States Mail, postage prepaid and properly addressed as follows:

Clifford Bonner, AIS 208359
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General