IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD BONNER EL, #208359 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv409-MEF |
| ) | |
| J.C. JILES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that the evidentiary hearing presently set for May 22, 2007, at 9:00 a.m. be and is hereby RESET to June 7, 2007 at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, AL 36104.

The persons having custody of the plaintiff shall produce him at the evidentiary hearing.

Done this 21st day of May, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE