```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000432
Cashier ID: cstrecke
Transaction Date: 09/14/2007
Payer Name: CAMDEN COMMUNITY
-----------------------------------
PLRA CIVIL FILING FEE
  For: CLIFFORD BONNER
  Case/Party: D-ALM-2-05-CV-000409-001
  Amount:         $32.98
-----------------------------------
CHECK
  Remitter: CAMDEN COMMUNITY BASE FAC
  Check/Money Order Num: 34736
  Amt Tendered:  $32.98
-----------------------------------
Total Due:      $32.98
Total Tendered: $32.98
Change Amt:     $0.00
```

~~DALM202CV000910-D~~ C96

CAMDEN COMMUNITY BASE FAC

FOR CLIFFORD BONNER

1780 HWY 221
CAMDEN, AL  36726